

Meagan Gabriel
77 Water Street, Suite 2100
New York, New York 10005
Meagan.Gabriel@lewisbrisbois.com
Direct: 212.845.9006

August 19, 2020

**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Herbert Eth v. The Home Depot U.S.A., Inc., et al.
             USDC/EDNY Docket No.: 19-CV-01982

Dear Judge Azrack:

    This office represents Defendants Home Depot U.S.A., Inc. in the above entitled action. In accordance with Your Honor's August 5, 2020 Court Order, the parties are required to submit their selected mediator by today, August 19, 2020. The parties are working to finalize the mediator, as well as the time and date of the mediation, to be completed by September 30, 2020. Please accept the following as Home Depot's application for additional time to select the mediator until August 25, 2020. We thank Your Honor for your consideration to this matter.

Respectfully,

*Meagan Gabriel*

Meagan Gabriel for
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC:
All parties via ECF